UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **CHARLENE MARIE GAMBLE**, <br><br> Plaintiff, <br><br> v. <br><br> **COMMISSIONER OF SOCIAL SECURITY**, <br><br> Defendant. | 4:16-cv-11670 <br><br> HON. TERRENCE G. BERG <br><br><br> **ORDER ADOPTING REPORT & RECOMMENDATION** |

This case was previously before the Court on Plaintiff Charlene Marie Gamble's appeal of the Commissioner of Social Security's denial of her application for disability benefits. The parties ultimately submitted a joint stipulation to remand Plaintiff's appeal to the Social Security Administration for further proceedings consistent with sentence four of 42 U.S.C. § 405(g), which this Court approved. The case is now again before the Court on Magistrate Judge Elizabeth A. Stafford's Report and Recommendation, ECF No. 24, indicating that Plaintiff's unopposed application for attorneys' fees under the Social Security Act, 42 U.S.C. § 406(b)(1), ECF No. 22, should be granted. Because no objections to the Report and Recommendation have been filed, the Court will adopt the

Report and Recommendation and grant Plaintiff's motion for attorney's fees.

The Court has reviewed the Magistrate Judge's Report and Recommendation. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of the report and recommendations. 28 U.S.C. § 636(b)(1). As of this date, neither party has filed any objections to Magistrate Judge Stafford's Report and Recommendation. The district court will make a "*de novo* determination of those portions of the report . . . to which objection is made." *Id.* Where, as here, neither party objects to the report, the district court is not obligated to independently review the record. *See Thomas v. Arn,* 474 U.S. 140, 149-52 (1985). The Court will therefore accept the Magistrate Judge's Report and Recommendation of July 31, 2019 as this Court's findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Magistrate Judge Stafford's Report and Recommendation, ECF No. 24, is **ACCEPTED** and **ADOPTED**. It is further ordered that Plaintiff Charlene Marie Gamble's motion for attorney's fees, ECF No. 22, is **GRANTED**.

**SO ORDERED.**

Dated: August 19, 2019    s/Terrence G. Berg
                          TERRENCE G. BERG
                          UNITED STATES DISTRICT JUDGE